IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:11cv005

| | |
|---|---|
| MICHAEL ANDRE BROWN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of Social Security, )<br>)<br>Defendant. )<br>) | **ORDER** |

**THIS MATTER** is before the Court on Plaintiff's Motion to Dismiss. [Doc. 10]. Defendant has interposed no objection.

Plaintiff filed his Complaint in this matter on January 14, 2011. [Doc. 1]. Defendant filed his Answer on May 9, 2011. [Doc. 3].

Pursuant to Rule 41(a)(2), an order of dismissal is proper.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion [Doc. 10] is allowed and that this matter is hereby **DISMISSED WITH PREJUDICE.**

Signed: September 10, 2011

Martin Reidinger
United States District Judge