IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:11cv005

| | |
|---|---|
| MICHAEL ANDRE BROWN, | ) |
| Plaintiff, | ) |
| vs. | ) |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | ) |
| Defendant. | ) |

## J U D G M E N T

For the reasons set forth in the Order filed herewith,

**IT IS, THEREFORE, ORDERED** that pursuant to Rule 41(a)(2), this matter is hereby **DISMISSED WITH PREJUDICE.**

Signed: September 10, 2011

Martin Reidinger
United States District Judge